# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

HUGH GERALD DELAUGHDER, JR. )
and PATSY ANN WHATLEY, )
Individually and as Administratrix of the )
Estate of BILL MONROE WHATLEY, )
deceased, )
 )
      Plaintiffs, )
 )  Civil Action No. 18EV004560
v. )
 )
COLONIAL PIPELINE COMPANY )
and SUPERIOR LAND DESIGNS, )
LLC, )
 )
      Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Colonial Pipeline Company ("Colonial"), by counsel, respectfully files this Notice of Removal to Federal Court as follows:

1. Colonial is contemporaneously filing its Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division; a copy of the federal notice of removal is attached hereto as **Exhibit A**.

2. This cause is now pending before the United States District Court for the Northern District of Georgia, Atlanta Division.

3. Colonial respectfully requests that no further proceedings or actions be conducted or undertaken in this cause before this Court unless and until it is remanded pursuant to 28 U.S.C. § 1446(d).

**EXHIBIT "A"**

Dated: September 20, 2018

Respectfully submitted,


/s/ E. Righton J. Lewis
E. Righton J. Lewis
Georgia Bar No. 215211
Pamela R. Lawrence
Georgia Bar No. 569713
**BUTLER SNOW LLP**
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
(678) 515-5064 Telephone
(678) 515-5001 Facsimile

*Attorneys for Defendant Colonial Pipeline
Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Notice of Notice of Removal has been served upon the following via Odyssey eFileGA electronic system, on this September 20, 2018:

Travis E. Lynch
Georgia Bar No. 162373
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339

Glenda G. Cochran
Matthew Robert Moneyham
Glenda Cochran Associates
310 Richard Arrington, Jr. Blvd. North, Suite 500
Birmingham, AL 35203

Cheryl H. Shaw
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948
(770) 818-1422 Telephone
(770) 937-9960 Facsimile

/s/ E. Righton J. Lewis
E. Righton J. Lewis
Georgia Bar No. 215211